IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNAE CHI, | No. C-12-3498 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |
| v. | |
| MARK E. ZUCKERBERG., et al., | |
| Defendants. / | |

On July 19, 2012, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiff to submit forthwith a chambers copy of her complaint.

**IT IS SO ORDERED.**

Dated: August 20, 2012

MAXINE M. CHESNEY
United States District Judge