United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YUNAE CHI, Derivately on Behalf of
Herself and All Others Similarly Situated,

Plaintiff(s),

v.

MARK ZUCKERBERG, et al.,

Defendant(s).
_____/

CASE NO. 12-CV-3498 ~~(MEJ)~~  MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Brant W. Bishop, P.C.                                  , whose business address and telephone number is

Kirkland & Ellis LLP / 655 Fifteenth Street N.W./ Washington, DC  20005  - or - 601 Lexington Ave. / New York, NY  10022; telephone: 202-879-5000 ; email: brant.bishop@kirkland.com

and who is an active member in good standing of the bar of  DC, NY and UT

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing  Facebook, Inc.+ individual defendants

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 21, 2012

_____
United States District    Judge