IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNAE CHI, | No. C-12-3498 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| MARK E. ZUCKERBERG, et al., | |
| Defendants. | |

By order filed August 22, 2012, the Court, based on lack of subject matter jurisdiction, dismissed plaintiff Yunae Chi's complaint and, by that same order, afforded plaintiff leave to file, no later than September 7, 2012, an amended complaint. Plaintiff has not filed an amended complaint.

Accordingly, for the reasons stated in the Court's order of August 22, 2012, the instant action is hereby DISMISSED for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: September 10, 2012

MAXINE M. CHESNEY
United States District Judge